■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GREAR, Appellant. [654 NYS2d 311] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered February 23, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^1/_2$ to 9 years, unanimously affirmed.

Viewing the evidence in a light most favorable to defendant (*People v Butts,* 72 NY2d 746, 750), we find that no reasonable view of the evidence existed which could have supported the submission of the agency defense to the jury (*People v Herring,* 83 NY2d 780). Defendant's conduct throughout the transaction was clearly that of a salesperson. Accordingly, the court's supplemental instructions to the jury were proper. Concur— Murphy, P. J., Wallach, Rubin and Williams, JJ.